DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHEL GARCIA-SOTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0380

_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Michel Garcia-Sota, pro se.

PER CURIAM.

     Affirmed.

KELLY, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.